

# UNITED STATES DISTRICT COURT
for the

2023 JUN -5 PM 12: 28
US DISTRICT COURT
EASTERN DIST. TENN.

Alonzo C. Williams II )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 3:23-mc-30
Bledsoe Department of Correction )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form for Prisoner Cases)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **Bledsoe Department of Correction**.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☑ No
(b) Rent payments, interest, or dividends ☐ Yes ☑ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☑ No
(d) Disability, or worker's compensation payments ☐ Yes ☑ No
(e) Gifts, or inheritances ☐ Yes ☑ No
(f) Any other sources ☐ Yes ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value):* 1981 oldmobile Rengency.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense):* No, Beside Kub and my wife in I Don't live there anymore so I don't no what my last bill is as of now fill out.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: Aniyah N. Roberts, Daugther Child support monthly $150
Harper Williams, Daugther
Elijah mcbath, son
For those two Depends on what there needing I help there mothers with what I can,

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable):*
Child support $40,000
Doctor's bills Don't no full amount

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

_Alonzo C. Williams III_
Applicant's signature

_Alonzo C. Williams III_
Printed name

# CERTIFICATE

## TO BE COMPLETED BY AN AUTHORIZED
## CUSTODIAN OF INMATE ACCOUNTS

I certify that the applicant herein has the sum of $ 00.26 on account to his/her credit at the BLEDSOE COUNTY CORRECTIONAL COXPLEY (institution where the applicant is currently incarcerated). I further certify that the average balance in the applicant's trust fund account during the last six months was $ 220.60 . A copy of the applicant's trust fund account (or an institutional equivalent) for the last six months is attached hereto.

_Kenney Rogey_
Signature of Authorized Officer

Sworn to and subscribed before me this
30 day of May , 2023 .

_Carla Yvonn Deweese_
Notary Public

My commission expires 4-26-2026

[Notary Seal: CARLA YVONNE DEWEESE, STATE OF TENNESSEE, NOTARY PUBLIC, VAN BUREN COUNTY]

Menu | Favorites | Tools | Other Applications | Reports | Help | PROD (L

# Trust Fund

 

Links▼  Suspend ☐

Account 00528715  Williams, Alonzo C. III  Status ACTV

Reset key fields     Transactions   **Obligations**   **Organizations**

**Actual Site** BCCX  **Assigned Site** BCCX  **Current Balance** 0.26

Refresh

**Pending Balance** 80.00

Enter

| Trans Date | Seq No | Trans Type | Transaction Code | Transaction Amount | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|
| 05/31/2023 | 1 | C | VMB | 80.00 | BCCX | 0.26 | 80.00 |
| 05/30/2023 | 1 | D | COM | 30.77 | BCCX | 0.26 | |
| 05/26/2023 | 2 | D | FEE | 30.00 | BCCX | 31.03 | |
| 05/26/2023 | 1 | C | VMB | 60.00 | BCCX | 61.03 | |
| 05/22/2023 | 1 | D | COM | 39.99 | BCCX | 1.03 | |
| 05/17/2023 | 2 | D | FEE | 40.00 | BCCX | 41.02 | |
| 05/17/2023 | 1 | C | VMB | 80.00 | BCCX | 81.02 | |
| 02/06/2023 | 1 | D | COM | 39.28 | BCCX | 1.02 | |
| 01/30/2023 | 1 | D | COM | 39.70 | BCCX | 40.30 | |
| 01/26/2023 | 4 | D | FEE | 40.00 | BCCX | 80.00 | |

Search [          ]

FastPath
[          ] Go

**Top Of List**

Alonzo C. Williams, I
1045 Horsehead R(d)
Pikeville, TN. 37367



7018 1130 0000 5294 5927



RECEIVED
JUN 05 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

800 Market street suite 130
Knoxville, TN. 37920

37902#2303 C002